UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRENCE C. EDWARDS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>D.K. SISTO, Warden,<br><br>　　　　　Respondent. | No. CV 06-4552 PSG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　IT IS ORDERED that judgment be entered dismissing this action with prejudice.

DATED: 　　September 6, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　United States District Judge