UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TERRENCE C. EDWARDS, | ) | No. CV 06-4552 PSG (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| D.K. SISTO, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 6, 2011

PHILIP S. GUTIERREZ
United States District Judge