UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRENCE C. EDWARDS,<br><br>    Petitioner,<br><br>  v.<br><br>D.K. SISTO, Warden,<br><br>    Respondent. | No. CV 06-4552 PSG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:   September 6, 2011

                                      PHILIP S. GUTIERREZ
                                    United States District Judge